Home / Singer Island / Eastpointe Singer Island

# EAST POINTE

OVERVIEW    REAL ESTATE STATISTICS    LISTINGS

**SEARCH PROPERTY**    **CONTACT AGENT**

EXPLORE

*Eastpointe Singer Island is two luxury towers with Expansive Ocean Views!*

## Eastpointe Singer Island

Eastpointe Singer Island is a great boutique-style condominium that consists of two separate oceanfront towers. Eastpointe I is a tall 23-story building featuring 7 units per floor with spacious open floor plans ranging from 1,375 to 2,300 square feet under air and expansive ocean and intracoastal views. Eastpointe development features a beautiful heated oceanfront pool, Jacuzzi spa, BBQ grill area, fitness center, clubhouse, billiard room, play room for kids, manned gate, an extra storage room on each floor, concierge, covered parking and on-site management. Next to Eastpointe I, you will find Eastpointe II featuring 24 stories and 69 condominiums. Eastpointe II also offers its own swimming pool, fitness center, tennis court and much more! Eastpointe Towers Singer Island has units available for sale and for rent.



## 12:47:50 PM

Friday, August 12, 2022

### August 2022

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

modernlivingre.com/eastpointe/

Home / Singer Island / Eastpointe Singer Island

# EAST POINTE

OVERVIEW    REAL ESTATE STATISTICS    LISTINGS

**SEARCH PROPERTY**    **CONTACT AGENT**

⸬ EXPLORE

*Eastpointe Singer Island is two luxury towers with Expansive Ocean Views!*

## Eastpointe Singer Island

Eastpointe Singer Island is a great boutique-style condominium that consists of two separate oceanfront towers. Eastpointe I is a tall 23-story building featuring 7 units per floor with spacious open floor plans ranging from 1,375 to 2,300 square feet under air and expansive ocean and intracoastal views. Eastpointe development features a beautiful heated oceanfront pool, Jacuzzi spa, BBQ grill area, fitness center, clubhouse, billiard room, play room for kids, manned gate, an extra storage room on each floor, concierge, covered parking and on-site management. Next to Eastpointe I, you will find Eastpointe II featuring 24 stories and 69 condominiums. Eastpointe II also offers its own swimming pool, fitness center, tennis court and much more! Eastpointe Towers Singer Island has units available for sale and for rent.



● ● ● ● ●



12:47:36 PM
Friday, August 12, 2022

August 2022                    ∧  ∨

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 31 | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |

Home / Singer Island / Eastpointe Singer Island

# EAST POINTE

OVERVIEW    REAL ESTATE STATISTICS    LISTINGS

**SEARCH PROPERTY**    **CONTACT AGENT**

*Eastpointe Singer Island is two luxury towers with Expansive Ocean Views!*

## Eastpointe Singer Island

Eastpointe Singer Island is a great boutique-style condominium that consists of two separate oceanfront towers. Eastpointe I is a tall 23-story building featuring 7 units per floor with spacious open floor plans ranging from 1,375 to 2,300 square feet under air and expansive ocean and intracoastal views. Eastpointe development features a beautiful heated oceanfront pool, Jacuzzi spa, BBQ grill area, fitness center, clubhouse, billiard room, play room for kids, manned gate, an extra storage room on each floor, concierge, covered parking and on-site management. Next to Eastpointe I, you will find Eastpointe II featuring 24 stories and 69 condominiums. Eastpointe II also offers its own swimming pool, fitness center, tennis court and much more! Eastpointe Towers Singer Island has units available for sale and for rent.



Home / Singer Island / Eastpointe Singer Island

# EAST POINTE

OVERVIEW        REAL ESTATE STATISTICS        LISTINGS

**SEARCH PROPERTY**        **CONTACT AGENT**

EXPLORE

*Eastpointe Singer Island is two luxury towers with Expansive Ocean Views!*

## Eastpointe Singer Island

Eastpointe Singer Island is a great boutique-style condominium that consists of two separate oceanfront towers. Eastpointe I is a tall 23-story building featuring 7 units per floor with spacious open floor plans ranging from 1,375 to 2,300 square feet under air and expansive ocean and intracoastal views. Eastpointe development features a beautiful heated oceanfront pool, Jacuzzi spa, BBQ grill area, fitness center, clubhouse, billiard room, play room for kids, manned gate, an extra storage room on each floor, concierge, covered parking and on-site management. Next to Eastpointe I, you will find Eastpointe II featuring 24 stories and 69 condominiums. Eastpointe II also offers its own swimming pool, fitness center, tennis court and much more! Eastpointe Towers Singer Island has units available for sale and for rent.



● ● ● ● ●

12:48:15 PM
Friday, August 12, 2022

August 2022

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |



Home / Palm Beach Gardens / Evergrene

# EVERGRENE PALM BEACH GARDENS

OVERVIEW     REAL ESTATE STATISTICS     LISTINGS

**SEARCH PROPERTY**     **CONTACT AGENT**

⊞ EXPLORE

*Live in Nature at Evergrene in Palm Beach Gardens*
## Evergrene Palm Beach Gardens

Evergrene in Palm Beach Gardens is a luxury gated community comprised of 963 residences ranging from 2 and 3-bedroom condominiums to 5-bedroom single family homes. Evergrene homes were built between 2003 and 2006 and are located between Palm Beach Gardens and Jupiter. Evergrene Palm Beach Gardens has a diverse community of residents, with a broad mix of young families, retirees, snow-birds and single working professionals. Evergrene has a 20,000 sq ft clubhouse that offers a fitness center, aerobics room, adult room, teen room, library, locker rooms and staff offices.





**12:50:13** PM
Friday, August 12, 2022

| August 2022 | | | | | | ∧ ∨ |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |